# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| **VFC PARTNERS 26 LLC, successor by its assignment from GREENPOINT MORTGAGE FUNDING, INC.** | CIVIL DIVISION |
| Plaintiff | CASE NO.:  2:15-CV-06615-CDJ |
| vs. | |
| **NETRA MINTER, aka NETRA A. MINTER, aka NETRA ANN MINTER; UNKNOWN SPOUSE OF NETRA MINTER, aka NETRA A. MINTER, aka NETRA ANN MINTER, and "JOHN DOE", "JANE DOE" and "DOE CORP." OF 5420 NORTH FIFTH STREET, PHILADELPHIA, PA 19120** | THE HONORABLE UNITED STATES DISTRICT JUDGE C. DARNELL JONES, II |
| Defendants | |

## PRAECIPE FOR WRIT OF EXECUTION

5420 North Fifth Street, Philadelphia, PA 19120
(BRT Account #871582830)

To:   Michael E. Kunz
      Clerk of Court
      United States District Court for the Eastern District of Pennsylvania

Please kindly issue an Writ of Execution in the above matter, directed to the United States Marshal and against Defendant, Netra Minter, aka Netra A. Minter, aka Netra Ann Minter, and index this Alias Writ against Defendant as a *lis pendens* against the real property of Defendant, as follows:

| | |
|---|---|
| Amount Due | $ 156,826.91 |
| Accrued and Unpaid Interest from February 24, 2016 and Thereafter | $        43.44 per diem |
| Additional Court Costs, Collection Expenses and Amounts Recoverable Under the Loan Documents) | (To Be Added) |

Respectfully submitted by:

**GINGO PALUMBO LAW GROUP LLC**

*/s/ Michael J. Palumbo*
_____

Michael J. Palumbo, Esquire
Pa. I.D. No. 313431
Summit One
4700 Rockside Road, Suite 440
Independence, Ohio 44131
Telephone: (216) 503-9512
Facsimile: (888) 827-0855
E-Mail: michael@gplawllc.com
*Counsel for VFC Partners 26 LLC, successor by its assignment from GreenPoint Mortgage Funding, Inc.*