IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **VFC PARTNERS 26 LLC**, successor by its assignment from **GREENPOINT MORTGAGE FUNDING, INC.**<br><br>Plaintiff<br><br>vs.<br><br>**NETRA MINTER, aka NETRA A. MINTER, aka NETRA ANN MINTER; UNKNOWN SPOUSE OF NETRA MINTER, aka NETRA A. MINTER, aka NETRA ANN MINTER, and "JOHN DOE", "JANE DOE" and "DOE CORP." OF 5420 NORTH FIFTH STREET, PHILADELPHIA, PA 19120**<br><br>Defendants | CIVIL DIVISION<br><br><br>CASE NO.: 2:15-CV-06615-CDJ<br><br><br>THE HONORABLE<br>UNITED STATES DISTRICT JUDGE<br>C. DARNELL JONES, II |

## WRIT OF EXECUTION

To:    United States Marshal
       United States District Court for the Eastern District of Pennsylvania

To satisfy the Judgment, interest and costs detailed in <u>Exhibit A</u> against Defendant, Netra Minter, aka Netra A. Minter, aka Netra Ann Minter, you are directed to levy upon the property of Defendant set forth in <u>Exhibit B</u> and to sell Defendant's interest therein.

                                                  MICHAEL E. KUNZ
                                                  CLERK OF COURT


By:    _____
       Deputy Clerk

## EXHIBIT A

<u>Default Figures as of February 23, 2016</u>

| | |
|---|---|
| Principal | $ 119,131.76 |
| Accrued and Unpaid Interest | $ 20,866.24 |
| Later Charges | $ 475.21 |
| Court Costs and Collection Expenses | $ 16,353.70 |
| Amount Due | $ 156,826.91 |

(Additional Court Costs, Collection Expenses  (To Be Added)
and Amounts Recoverable Under the Loan Documents)

<u>Continuing Interest</u>

Interest from February 24, 2016 and Thereafter     $ 43.44 per diem

2

EXHIBIT B

5420 NORTH FIFTH STREET, PHILADELPHIA, PA 19120

All that certain lot or piece of ground with the story brick messuage or tenement thereon erected.

Situate on the Westerly side of 5th Street, at the distance of 208 feet 4 inches Northwardly from the Northerly side of Somerville Avenue (60 feet wide) in the 61st Ward of the City of Philadelphia.

Containing in front or breadth on the said 5th Street, 20 feet, 10 inches and extending of that width in length or depth Westwardly between lines parallel with said Somerville Avenue 121 feet.

Being No. 5420 N. 5th Street.

Being BRT No. 61-2-3152-00.

Being the same premises which Mary Cherian, by Indenture bearing date 9/11/1998 and recorded 9/18/1998 in the Office of the Recorder of Deeds, in and for the County of Philadelphia in Deed Book JTD 798 page 151 etc., granted and conveyed unto Netra Minter, in fee.

Address:   5420 North Fifth Street, Philadelphia, PA 19120

BRT Account No.:   871582830