IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **VFC PARTNERS 26 LLC,** successor by its assignment from **GREENPOINT MORTGAGE FUNDING, INC.**<br><br>　　　　Plaintiff<br><br>vs.<br><br>**NETRA MINTER, aka NETRA A. MINTER, aka NETRA ANN MINTER; UNKNOWN SPOUSE OF NETRA MINTER, aka NETRA A. MINTER, aka NETRA ANN MINTER, and "JOHN DOE", "JANE DOE" and "DOE CORP." OF 5420 NORTH FIFTH STREET, PHILADELPHIA, PA 19120**<br><br>　　　　Defendants | CIVIL DIVISION<br><br><br>CASE NO.: 2:15-CV-06615-CDJ<br><br><br>THE HONORABLE<br>UNITED STATES DISTRICT JUDGE<br>C. DARNELL JONES, II |

## WRIT OF EXECUTION NOTICE

　　THIS PAPER IS A WRIT OF EXECUTION.  IT HAS BEEN ISSUED BECAUSE THERE IS A JUDGMENT AGAINST YOU.  IT MAY CAUSE YOUR PROPERTY TO BE HELD OR TAKEN TO PAY THE JUDGMENT.  YOU MAY HAVE LEGAL RIGHTS TO PREVENT YOUR PROPERTY FROM BEING TAKEN.  A LAWYER CAN ADVISE YOU MORE SPECIFICALLY OF THESE RIGHTS.  IF YOU WISH TO EXERCISE YOUR RIGHTS, YOU MUST ACT PROMPTLY.

　　THE LAW PROVIDES THAT CERTAIN PROPERTY CANNOT BE TAKEN.  SUCH PROPERTY IS SAID TO BE EXEMPT.  THERE IS A DEBTOR'S EXEMPTION OF $300.00.  THERE ARE OTHER EXEMPTIONS WHICH MAY BE APPLICABLE TO YOU.  A SUMMARY OF SOME OF THE MAJOR EXEMPTIONS ARE LISTED BELOW.  YOU MAY HAVE OTHER EXEMPTIONS OR OTHER RIGHTS.

### MAJOR EXEMPTIONS UNDER PENNSYLVANIA AND FEDERAL LAW

1. $300.00 STATUTORY EXEMPTION
2. BIBLES, SCHOOL BOOKS, SEWING MACHINES, UNIFORMS AND EQUIPMENT

    3.    MOST WAGES AND UNEMPLOYMENT COMPENSATION
    4.    SOCIAL SECURITY BENEFITS
    5.    CERTAIN RETIREMENT FUNDS AND ACCOUNTS
    6.    CERTAIN VETERAN AND ARMED FORCES BENEFITS
    7.    CERTAIN INSURANCE PROCEEDS
    8.    SUCH OTHER EXEMPTIONS AS MAY BE PROVIDED BY LAW.

IF YOU HAVE AN EXEMPTION, YOU SHOULD DO THE FOLLOWING PROMPTLY: (1) FILL OUT THE ATTACHED CLAIM FORM AND DEMAND A PROMPT HEARING; (2) DELIVER THE CLAIM FORM OR MAIL IT TO THE UNITED STATES MARSHAL AT THE ADDRESS NOTED THEREON WITH A COPY ALSO SENT TO COUNSEL FOR PLAINTIFF, VFC PARTNERS 26 LLC, AT THE ADDRESS NOTED THEREON.

YOU SHOULD COME TO COURT READY TO EXPLAIN YOUR EXEMPTION.  IF YOU DO NOT COME TO COURT AND PROVE YOUR EXEMPTION, YOU MAY LOSE SOME OF YOUR PROPERTY.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Lawyer Referral and Information Service
Philadelphia Bar Association
1101 Market Street, Floor 11
Philadelphia, PA 19107
(215) 238-6300