IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **VFC PARTNERS 26 LLC, successor by its assignment from GREENPOINT MORTGAGE FUNDING, INC.**<br><br>Plaintiff<br><br>vs.<br><br>**NETRA MINTER, aka NETRA A. MINTER, aka NETRA ANN MINTER; UNKNOWN SPOUSE OF NETRA MINTER, aka NETRA A. MINTER, aka NETRA ANN MINTER, and "JOHN DOE", "JANE DOE" and "DOE CORP." OF 5420 NORTH FIFTH STREET, PHILADELPHIA, PA 19120**<br><br>Defendants | CIVIL DIVISION<br><br><br>CASE NO.: 2:15-CV-06615-CDJ<br><br><br>THE HONORABLE<br>UNITED STATES DISTRICT JUDGE<br>C. DARNELL JONES, II |

## CLAIM FOR EXEMPTION

To: United States Marshal
      United States District Court for the Eastern District of Pennsylvania

I, Netra Minter, aka Netra A. Minter, aka Netra Ann Minter, the above-named Defendant, claim exemption of Property from levy or attachment:

    (1)    From my personal property in my possession which has been levied upon,

        (a)    I desire that my $300.00 statutory exemption be

            (i)    Set aside in kind (specify property to be set aside in kind):

                _____

            (ii)    Paid in cash following the sale of property levied upon; or

    (b)    I claim the following exemption (specify property and basis of exemption)

_____

(2)    From my property which is in the possession of a third-party, I claim the following exemptions: _____

    (a)    my $300.00 statutory exemption:    in cash    in kind (specify property):

_____

    (b)    Social Security benefits on deposit in the amount of $_____;

    (c)    Other (specific amount and basis of exemption): _____

_____

I request a prompt court hearing to determine the exemption. Notice of the hearing should be given to me at _____

_____(Address)

_____(Telephone Number).

I verify that the statements made in this Claim for Exemption are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

_____    _____
(Date)                                      (Defendant)

THIS CLAIM IS TO BE FILED WITH:
UNITED STATES MARSHAL
JAMES A. BYRNE U.S. COURT HOUSE
601 MARKET STREET, FLOOR 2, ROOM #2110
PHILADELPHIA, PA 19106
(215) 597-7272

WITH A COPY SENT TO:
MICHAEL J. PALUMBO  /  4700 ROCKSIDE ROAD, SUITE 440  /  INDEPENDENCE, OH 44131